UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLIFTON CRAWFORD,

                Plaintiff,

-against-

ANNA ICCARI, Offender Rehabilitation Coordinator, et al.,

                Defendants.

1:22-CV-1469 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated March 14, 2022, the Court dismissed this action for failure to state a claim on which relief may be granted, but granted Plaintiff, who appears *pro se*, 30 days' leave to replead his claims of mail tampering under 42 U.S.C. § 1983 against Defendants Iccari and/or Story in an amended complaint. On April 5, 2022, the Court received a letter from Plaintiff in which he requests an extension of time, until May 16, 2022, to comply with the Court's March 14, 2022 order. (ECF 6.) The Court grants Plaintiff's request.

    The period in which Plaintiff has leave to file an amended complaint, in compliance with the Court's March 14, 2022 order, is extended to May 16, 2022. If Plaintiff fails to file an amended complaint within the time allowed, the Court will enter judgment dismissing this action for the reasons set forth in the Court's March 14, 2022 order.

SO ORDERED.

Dated:   April 6, 2022
           New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge