UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLIFTON CRAWFORD,

                Plaintiff,

      v.                                             22 CV 01469 (NSR)
                                                    ORDER

ANNA ICCARI,

                Defendant.

---

NELSON S. ROMÁN, United States District Judge:

    On July 25, 2024, the Court issued an Order (the "Order") directing Plaintiff to show cause in writing on or before September 9, 2024 why this action should not be dismissed pursuant to Fed. R. Civ. Proc. § 41(b) for failure to prosecute. (ECF No. 14.) In its order, the Court noted that Plaintiff had failed to take any action since May 10, 2023. Despite the Court's Order, there has been no further action taken on the part of Plaintiff. Accordingly, it is hereby ordered that Plaintiff's remaining claims are dismissed without prejudice for failure to prosecute.

    The Clerk of Court is respectfully directed to mail a copy of this order to *pro se* Plaintiff at the address on ECF, and show service on the docket, and terminate this case.

Dated:   September 30, 2024                               SO ORDERED:
            White Plains, New York

                                                               NELSON S. ROMÁN
                                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2024